# UNREPORTED CASES.

## TINA KOTT

*vs.*

## CHARLES KOTT.

*Divorce—Abandonment.*

That the wife leaves the husband's home does not constitute an abandonment entitling him to divorce, if she does so by reason of his insistence upon marital intercourse with such frequency as to endanger her health.

*Decided April 23, 1919.*

Appeal from the Circuit Court of Baltimore City (STUMP, J.).

The cause was argued before BOYD, C. J., BRISCOE, BURKE, THOMAS, PATTISON, URNER, and CONSTABLE, JJ.

*Mose W. Rosenfeld*, with whom was *Harry B. Wolf* and *Webster S. Blades* on the brief, for the appellant.

*J. Richard Standiford* and *Frank G. Turner*, for the appellee.

PATTISON, J., delivered the opinion of the Court, reversing the decree below; with costs to the appellant.